**CLARKSON LAW FIRM, P.C.**
Shireen M. Clarkson (SBN 237882)
*sclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JIMENEZ, ROBERT PARHAM, BRITTANY HODGES, and RALPH MILAN individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> HISMILE, INC., <br><br> Defendant. | Case No. 2:24-cv-04770-RGK-MAA <br><br> **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)** <br><br> Complaint Filed: June 6, 2024 |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Aaron Jimenez, Robert Parham, Brittany Hodges, and Ralph Milan, by and through their counsel Shireen M. Clarkson and Bahar Sodaify of Clarkson Law Firm, P.C., hereby voluntarily dismiss this case without prejudice.

Dated: June 14, 2024

**CLARKSON LAW FIRM, P.C.**

/s/ Bahar Sodaify
Shireen M. Clarkson, Esq.
Bahar Sodaify, Esq.

*Attorneys for Plaintiffs*